ACCEPTED
14-15-00370-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 3:09:29 PM
CHRISTOPHER PRINE
CLERK

**Terry L. Hart**

*Attorney at Law*

FILED IN
14th COURT OF APPEALS
4265 San Felipe, Suite 1100          (T) 713.968.9818
Houston TX 77027 HOUSTON, TEXAS 713.968.9817
Email: thart4/28/2015 3:09:29 PM 13.898.9129

CHRISTOPHER A. PRINE
Clerk

28 April 2015

Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

RE:     Case No. 14-15-00370-CV; In Re: Connie Vasquez Harrison; 14 Court of Appeals – Houston [14th District]

Dear Sirs:

I efiled a Petition for Writ of Habeas Corpus on Sunday morning, August 26, 2015 with the 14th Court of Appeals. I was advised by the court clerk that there was a problem with this filing. I attempted to refile the petition earlier today, but am now advised that the newly filed petition is different than the original one. The correct petition is the one I attempted to file on Sunday morning. Attached is a new copy of that petition. Please accept this petition as the correct filing.

Sincerely,

Terry L. Hart

Enc.